UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY FOLK,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK NA,<br><br>    Defendant. | Case No. 22-cv-03014-JCS<br><br>**ORDER TO SHOW CAUSE WHY APPLICATION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 2 |

Plaintiff Kelly Folk, pro se, has filed an application to proceed in forma pauperis. Folk lists in that application take-home pay of $3,000 per month, expenses totaling under $2,000 per month, a bank account with a balance of $9,618.12, and no debt. It appears that Folk can afford to pay the $402 filing fee for this case. Folk is therefore ORDERED TO SHOW CAUSE why the application to proceed in pauperis should not be denied, by filing a response to this order no later than June 15, 2022 explaining why waiving the filing fee is appropriate under 28 U.S.C. § 1915. Alternatively, Folk may pay the filing fee by the same date. If Folk does not file a response or pay the filing fee by that deadline, the case will be reassigned to a United States district judge with a recommendation for dismissal.

Folk is encouraged to contact the Federal Pro Bono Project's Pro Se Help Desk for assistance. Lawyers at the Help Desk can provide basic assistance to parties representing themselves but cannot provide legal representation. Folk may contact the Help Desk at (415) 782-8982 or FedPro@sfbar.org to schedule a telephonic appointment.

**IT IS SO ORDERED.**

Dated: May 25, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge